UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDDIE R. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0281** |
| **SECRETARY JAMES M. LEBLANC, LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** | **SECTION "J"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and Petitioner's objections thereto (Rec. Doc. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Freddie R. Lewis's petition for issuance of a writ of habeas corpus is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 1st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE